The People of the State of New York, Respondent, v Anthony Johnson, Appellant. [933 NYS2d 888]—

Contrary to the defendant's contention, the evidence, when viewed in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), was legally sufficient to establish, beyond a reasonable doubt, his identity as one of two robbers. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348-349 [2007]; *People v Romero*, 7 NY3d 633, 644-645 [2006]), we nevertheless accord

great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]; *People v Jean-Marie*, 67 AD3d 704, 704 [2009]). Upon reviewing the record, we are satisfied that the jury's verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Mastro, A.P.J., Florio, Lott and Cohen, JJ., concur.